# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED APRIL 23, 2025

### NO. 03-24-00737-CV

**Airstream, Inc. and RV Retailer Texas II LLC d/b/a Blue Compass RV, Appellants**

**v.**

**Jayce K. Kadire, Appellee**

**APPEAL FROM THE 200TH DISTRICT COURT OF TRAVIS COUNTY
BEFORE JUSTICES TRIANA, THEOFANIS, AND CRUMP
DISMISSED ON AGREED MOTION -- OPINION BY JUSTICE THEOFANIS**

This is an appeal from the interlocutory appeal signed by the trial court on October 17, 2024. Appellants have filed an agreed motion to dismiss the appeal, and having considered the motion, the Court agrees that the motion should be granted. Therefore, the Court grants the motion and dismisses the appeal. Each party shall bear their own appellate costs.